MEMO ENDORSED

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0090
Thomasdunnlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-16-20

**By ECF**                                       January 13, 2020

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re: <u>United States v. Robert Wright,</u>
        18 Cr. 420 (ALC)

Dear Judge Carter:

    I write to request an adjournment of the sentence of my client Robert Wright scheduled for January 22nd. Additional time is needed to receive letters in support of Mr. Wright. I believe I will have these tomorrow and can file my sentencing submission. I request an adjournment until January 29, 30, 31, February 6 or 7.

    This is my first request for an adjournment. Assistant U.S. Attorney Christopher Clore advised that he has no objection to this request.

    Thank you for your consideration of this request.

                                Respectfully yours,
                                /s/
                              Thomas F.X. Dunn

Cc: Christopher Clore, Esq.
    Assistant U.S. Attorney
    (by ECF & email)

*Application granted. Sentencing adjourned to 2-7-20 at 2:00 p.m. So Ordered.*
*/s/ Andrew L. Carter*
*1-16-20*