ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America            :
                                    :   18 CR 420 (ALC)
                                    :
    -against-                       :   **ORDER**
                                    :
Robert Wright                       :   ─────────────────────
                                    :   USDC SDNY
                                    :   DOCUMENT
        Defendant                   :   ELECTRONICALLY FILED
----------------------------------x     DOC#: _____
                                        DATE FILED: **2-7-20**

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
**United States District Judge**

Dated: New York, New York
       February 7, 2020