```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 2-27-23
```

------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                          Plaintiff,

      -against-                         18-CR-420 (ALC)

ROBERT WRIGHT,                      **ORDER**

                          Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **February 28, 2023** at **12:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            February 27, 2023

                                                  _/s/ Andrew L. Carter, Jr._
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**