USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-12-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

ROBERT WRIGHT,

       Defendant.

------------------------------------------------------------------ x

18-CR-420 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  A Violation of Supervised Release Hearing is set for **September 19, 2023 at 4:30 p.m.**

**SO ORDERED.**

**Dated:**  New York, New York
      September 12, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**