USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-9-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                               Plaintiff,

         -against-                              18-CR-420 (ALC)

ROBERT WRIGHT,                                **ORDER**

                              Defendant.

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      The Violation of Supervised Release Hearing set for November 14, 2023 is adjourned to November 15, 2023 at 12:30 p.m.

SO ORDERED.

Dated:      New York, New York
               November 9, 2023

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge